IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JAYESHKUMAR CHAUDHARI,<br><br>Defendants. | **4:25CR3071**<br><br><br>**ORDER** |

A hearing was held today. Defendant has orally moved to modify the release order issued in the Southern District of Iowa, (Filing No. 190) to coincide with the release order of co-defendant Hinaben Chaudhari. The motion is unopposed. Based on the comments of counsel during the hearing, the court finds good cause has been shown and the oral motion should be granted. Accordingly,

1)    Defendant's unopposed oral motion to modify the release order is granted.

2)    Condition (g) shall be modified as follows: Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: co-defendants, with the exception that he may interact with his wife, Hinaben Chaudhari, about their minor children.

3)    All other conditions set forth in the Order Setting Conditions of Release (Filing No. 190) remain in effect.

Dated this 11th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge